# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RAUCH INDUSTRIES, INC., | ) Case No.: 3:07-cv-00197 |
| Plaintiff, | ) |
| v. | ) ***ORDER GRANTING PRO HAC VICE*** |
| | ) ***ADMISSION*** |
| CHRISTOPHER RADKO a/k/a, | ) |
| CHRISTOPHER RADOWSKI a/k/a | ) |
| KRZYSZTOF RADOWSKI, | ) |
| Defendant. | ) |

Counsel for Plaintiff, Rauch Industries, Inc., filed a motion with the Court seeking to admit *pro hac vice* Sally D. Garr ("Applicant") to represent plaintiff, Rauch Industries, Inc., in this matter in association with Kiah T. Ford IV, a member of the North Carolina Bar and the Bar of this Court. An Affidavit of Good Standing accompanied the motion attesting that the Applicant is a member in good standing of the bars of the District of Columbia and the State of Georgia. Ms. Garr is also admitted to the United States Supreme Court, United States Court of Appeals for the Fourth, Sixth and Seventh Circuits, United States Court of Appeals for the District of Columbia Circuit and United States District Courts for the Northern District of Illinois, District of Maryland, Eastern District of Michigan, District of Columbia and District of Colorado.

It appears to the Court that there is just cause for granting the motion. It is therefore ORDERED that Sally D. Garr is admitted *pro hac vice* to represent Plaintiff, Rauch Industries, Inc. in this matter.

**AND IT IS SO ORDERED.**

Signed: June 7, 2007

_____

David C. Keesler
United States Magistrate Judge