UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RAUCH INDUSTRIES, INC., | ) Case No.: 3:07-cv-00197 |
| Plaintiff, | ) |
| v. | ) ***ORDER GRANTING PRO HAC VICE ADMISSION*** |
| CHRISTOPHER RADKO a/k/a, CHRISTOPHER RADOWSKI a/k/a KRZYSZTOF RADOWSKI, | ) |
| Defendant. | ) |

Counsel for Plaintiff, Rauch Industries, Inc., filed a motion with the Court seeking to admit *pro hac vice* Jason M.A. Twining ("Applicant") to represent plaintiff, Rauch Industries, Inc., in this matter in association with Kiah T. Ford IV, a member of the North Carolina Bar and the Bar of this Court. An Affidavit of Good Standing accompanied the motion attesting that the Applicant is a member in good standing of the bars of the District of Columbia and the State of Maryland. Mr. Twining is also admitted to the United States District Court for the District of Columbia.

It appears to the Court that there is just cause for granting the motion. It is therefore ORDERED that Jason M.A. Twining is admitted *pro hac vice* to represent Plaintiff, Rauch Industries, Inc. in this matter.

**AND IT IS SO ORDERED.**

Signed: June 7, 2007

David C. Keesler
United States Magistrate Judge