UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:07-CV-197

| | |
|---|---|
| RAUCH INDUSTRIES, INC., | ) |
| | ) |
| | ) |
| | ) |
| | ) **ORDER GRANTING PRO HAC VICE** |
| Plaintiff, | ) *ADMISSION* |
| | ) |
| v. | ) |
| | ) |
| CHRISTOPHER RADKO a/k/a, CHRISTOPHER | ) |
| RADOWSKI a/k/a | |
| KRZYSZTOF RADOWSKI, | |
| | |
| Defendant. | |

Counsel for Plaintiff, Rauch Industries, Inc., filed a motion with the Court seeking to admit *pro hac vice* Deborah M. Lodge ("Applicant") to represent plaintiff, Rauch Industries, Inc., in this matter in association with Kiah T. Ford IV, a member of the North Carolina Bar and the Bar of this Court. An Affidavit of Good Standing accompanied the motion attesting that the Applicant is a member in good standing of the bars of the District of Columbia, the State of Massachusetts, and the State of New York. Ms. Lodge is also admitted to the United States Supreme Court, the United States Courts of Appeals for the Third and Fifth Circuits, and the United States District Courts for the District of Columbia, the District of Maryland, and the Southern and Eastern Districts of New York. Ms. Lodge (a) has not been the subject of any disciplinary action by any bars or courts; (b) has not been denied admission to the bar of or to practice before any state or federal court; (c) has no disciplinary proceedings or criminal matters pending against her; (d) has acquired extensive litigation experience in state and federal courts since her admission to the bar;

(e) does not reside within the Western District of North Carolina; and (f) is familiar with the local rules of this District and will comply with them.

It appears to the Court that there is just cause for granting the motion. It is therefore ORDERED that Deborah M. Lodge is admitted *pro hac vice* to represent Plaintiff, Rauch Industries, Inc. in this matter.

**AND IT IS SO ORDERED.**

Signed: August 30, 2007

David C. Keesler
United States Magistrate Judge