UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| RAUCH INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CHRISTOPHER RADKO, a/k/a ) | Case No. 3:07-cv-197-RJC |
| CHRISTOPHER RADKOWSKI, a/k/a ) | |
| KRZYSZTOF RADKOWSKI, ) | |
| and NORTHSTAR Sp. z.o.o., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**SCHEDULING ORDER**

On September 7, 2007, this Court granted in part and denied in part Plaintiff Rauch's Motion for a Temporary Restraining Order. (Doc. No. 40). In doing so, the Court ordered that the defendants would file and serve on Rauch by Wednesday, September 12, 2007, any further Responses to Rauch's request for a preliminary injunction, and that Rauch would file and serve on the defendants by Friday, September 14, 2007, any Reply to such opposition.

Northstar now seeks to file a Sur-response to Rauch's Reply. **THEREFORE, IT IS HEREBY ORDERED** that Defendant Northstar shall have until Tuesday, September 18 to file any Sur-Response and Plaintiff Rauch shall have until Friday, September 21 to file any Sur-Response. The TRO accordingly will now expire on Friday, September 21, 2007.

1

Signed: September 18, 2007

Robert J. Conrad, Jr.
Chief United States District Judge