# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## Case No.: 3:07-cv-00197-RJC-DCK

| | |
|---|---|
| RAUCH INDUSTRIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTOPHER RADKO, a/ k/a )<br>CHRISTOPHER RADKOWSKI, )<br>a/ k/a KRZYSZTOF RADKOWSKI, and )<br>NORTHSTAR, SP., Z.O.O. d/b/a )<br>NORTHSTAR, LTD. )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion to Withdraw As Counsel for Plaintiff, and for Extension of Time" (Document #77) filed February 1, 2008. After careful review of the Motion and for good cause shown, this Court will grant the Motion.

**IT IS, THEREFORE, ORDERED** that the "Motion to Withdraw As Counsel for Plaintiff, and for Extension of Time" (Document #77) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff, with or without new counsel, shall file an answer or otherwise respond to Document No. 70 on or before **March 4, 2008**.

**IT IS FURTHER ORDERED** that Plaintiff, with or without new counsel, shall file a reply to Document No. 72 on or before **March 4, 2008**.

Signed: February 4, 2008

_____
David C. Keesler
United States Magistrate Judge