IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CV-197-GCM

| | | |
|---|---|---|
| RAUCH INDUSTRIES, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| CHRISTOPHER RADKO, *et al*, | ) ) ) | |
| Defendants. | ) ) | |

    THIS MATTER is before the Court on its own motion. This case was transferred to the undersigned on February 26, 2008. Having reviewed the docket, it appears that the parties have not filed a Certification and Report of Initial Attorneys' Conference.

    IT IS THEREFORE ORDERED that the parties shall file such certification no later than twenty (20) days from the date of this Order.

    SO ORDERED.

Signed: July 21, 2008

Graham C. Mullen
United States District Judge