UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CV-197-GCM

| | |
|---|---|
| Rauch Industries, Inc., ) | |
| Plaintiff, ) | |
| v. ) | **ORDER GRANTING** |
| ) | **ADMISSION *PRO HAC VICE*** |
| Christopher Radko/a/k/a ) | |
| Christopher Radkowski ) | |
| a/k/a Krzysztof Radkowski, and ) | |
| Northstar, SP., Z.O.O. d/b/a ) | |
| Northstar, Ltd., and ) | |
| Noel SP. Z.O.O., and ) | |
| Arkadia Artisans, Ltd., ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court upon the motion of Defendant Arkadia Artisans, Ltd. to allow **John M. Carey** to appear *Pro Hac Vice*, dated December 5, 2008 [doc # 112].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Carey has paid the fee of Two Hundred and Fifty Dollars ($250.00) to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: December 9, 2008

Graham C. Mullen
United States District Judge