IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV197-MU

| | |
|---|---|
| RAUCH INDUSTRIES, INC., | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| CHRISTOPHER RADKO, *et al.*, | ) |
| Defendants. | ) |

This matter is before the court upon its own motion. The court is informed that mediation in this matter has been held in abeyance while documents are being obtained from a bankruptcy court in Poland. Accordingly, the court will stay this matter pending the completion of the mediation. The mediator is hereby directed to report to the court upon completion of mediation.

IT IS SO ORDERED.

Signed: January 21, 2009

Graham C. Mullen
United States District Judge