UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CV-197-GCM

| RAUCH INDUSTRIES, INC., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| CHRISTOPHER RADKO, | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the court on its own motion. The trial in this matter is hereby re-scheduled for **March 8, 2010, at 10:00 a.m.** in Charlotte.

It is so ordered.

Signed: October 1, 2009

Graham C. Mullen
United States District Judge