IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLO0TTE DIVISION
3:07CV197-MU

| | |
|---|---|
| RAUCH INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CHRISTOPHER RADKO, *et al.*, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court upon the Defendant Radko's Motion for Judicial Settlement Conference. Magistrate Judge David Keesler has agreed to conduct such conference. The parties are hereby directed to contact Judge Keesler's chambers at (704) 350-7433 within the next ten days for scheduling.

IT IS SO ORDERED.

Signed: November 24, 2009

Graham C. Mullen
United States District Judge