IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:07CV197-GCM-DCK

RAUCH INDUSTRIES, INC., )
)
    Plaintiff, )
)
v. ) **ORDER**
)
CHRISTOPHER RADKO, et al., )
)
    Defendant. )
_____)

**THIS MATTER IS BEFORE THE COURT** on Motion For Judicial Settlement Conference (Document No. 126) filed November 20, 2009. Having considered such motion, sent a letter to all counsel of record providing for the rules for such conference, and the parties having agreed upon a date for such conference, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that a Judicial Settlement Conference shall convene at 11:00 a.m. on Tuesday, January 26, 2010, in Courtroom # 1 of the Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina.

The Clerk of the Court is respectfully requested to reserve Courtroom # 1 and the attorney conference rooms and jury deliberation room adjacent to it for this purpose.

Signed: December 15, 2009

David C. Keesler
United States Magistrate Judge