# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:07CV197-GCM-DCK

| | |
|---|---|
| RAUCH INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CHRISTOPHER RADKO, et al., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** pursuant to written correspondence from Daniel R. Hansen, counsel to Defendant Arkadia Artisans, appropriately copied to counsel for other parties in the litigation. For the reasons stated in Mr. Hansen's correspondence, the Court will not require that a representative of Arkadia be physically present at the mediation, but as suggested, that representative should be available via telephone.

**SO ORDERED.**

Signed: December 21, 2009

David C. Keesler
United States Magistrate Judge