IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:07-CV-197-GCM

| | |
|---|---|
| RAUCH INDUSTRIES, INC., | ) |
| Plaintiff, | ) |
| v. | ) ***ORDER GRANTING PRO HAC VICE*** |
| | ) ***ADMISSION*** |
| CHRISTOPHER RADKO a/k/a, | ) |
| CHRISTOPHER RADOWSKI a/k/a | ) |
| KRZYSZTOF RADOWSKI, | ) |
| Defendant. | ) |

Counsel for Plaintiff, Rauch Industries, Inc., filed a motion with the Court seeking to admit *pro hac vice* Joel Zulman Robinson ("Applicant") to represent plaintiff, Rauch Industries, Inc., in this matter in association with William F. Hamel, a member of the North Carolina Bar and the Bar of this Court. An Affidavit of Good Standing accompanied the motion attesting that the Applicant is a member in good standing of the bars of the United Kingdom, United States Supreme Court, Supreme Court of New York, United States Federal Courts of Appeal, United States Federal District Courts of New York, and the High Court of New Zealand.

It appears to the Court that there is just cause for granting the motion. It is therefore **ORDERED** that Joel Zulman Robinson is admitted *pro hac vice* to represent Plaintiff, Rauch Industries, Inc. in this matter.

**AND IT IS SO ORDERED.**

Signed: January 25, 2010

David C. Keesler
United States Magistrate Judge