# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CASE NO.: 3:07-cv-00197-GCM

| | |
|---|---|
| RAUCH INDUSTRIES, INC., | ) |
| Plaintiff, | ) |
| v. | )  **ORDER** |
| CHRISTOPHER RADKO a/k/a, CHRISTOPHER RADOWSKI a/k/a KRZYSZTOF RADOWSKI, | ) |
| Defendant. | ) |

This case is before the Court for consideration of a motion filed by Michael Wimer, a member of the North Carolina Bar and the Bar of this Court, on behalf of defendant Christopher Radko, seeking to admit *pro hac vice* Michael J. Waters ("Applicant") to represent Mr. Radko in this matter, in association with Mr. Wimer. Mr. Waters is also admitted to the United States District Court for the Northern District of Illinois. The appropriate fee has been paid.

It appears to the Court that there is just cause for granting the motion. It is therefore ORDERED that Michael J. Waters is admitted *pro hac vice* to represent defendant Christopher Radko in this matter.

**AND IT IS SO ORDERED.**

Signed: January 25, 2010

David C. Keesler
United States Magistrate Judge