IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV197

| | |
|---|---|
| RAUCH INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CHRISTOPHER RADKO, et al., ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on its own motion. Trial in this case is hereby continued from the March 2010 Term to the June 14, 2010 Term.
 IT IS SO ORDERED.

Signed: February 16, 2010

Graham C. Mullen
United States District Judge