**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:07CV197-GCM-DCK**

| | | |
|---|---|---|
| RAUCH INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHRISTOPHER RADKO, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for the scheduling of a Judicial Settlement Conference. **IT IS THEREFORE ORDERED** that a Judicial Settlement Conference shall convene at 9:30 a.m. on Tuesday, June 8, 2010, in Courtroom #3 of the Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina.

**IT IS FURTHER ORDERED** that the Clerk of Court reserve the attorney conference rooms in addition to Courtroom #3.

**SO ORDERED**.

Signed: May 19, 2010

David C. Keesler
United States Magistrate Judge