IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:07CV197-GCM-DCK

| | | |
|---|---|---|
| RAUCH INDUSTRIES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| CHRISTOPHER RADKO, et al., | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** pursuant to written correspondence from Daniel R. Hansen, counsel to Defendant Arkadia Artisans, appropriately copied to counsel for other parties in the litigation. For the reasons stated in Mr. Hansen's correspondence, the Court will not require that either counsel or a representative of Arkadia be physically present at the renewed judicial settlement conference. They should however be available by telephone.

**SO ORDERED.**

Signed: June 6, 2010

David C. Keesler
United States Magistrate Judge