# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:07-CV-197-GCM

| | |
|---|---|
| RAUCH INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CHRISTOPHER RADKO, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. A judicial settlement conference was held today, and the undersigned is pleased to report that the parties have reached an agreement in principle to settle this case. The parties have further agreed to file all documents necessary to effectuate the settlement of this case within thirty (30) days. Both counsel and the parties are commended for their efforts to resolve this matter.

**IT IS THEREFORE ORDERED** that the parties shall file all documents necessary to effectuate the settlement of this case on or before **July 8, 2010**.

**SO ORDERED**.

Signed: June 8, 2010

David C. Keesler
United States Magistrate Judge