IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV197

| | |
|---|---|
| RAUCH INDUSTRIES, INC., | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| CHRISTOPHER RADKO, et al., | ) |
| Defendants. | ) |

This matter is before the court upon Defendant's Motion to Disqualify Joel Z. Robinson from Representing Plaintiff, filed June 3, 2010. Plaintiff has failed to respond to this motion. It appears to the court that Mr. Robinson's continued representation of the Plaintiff in this matter constitutes a conflict of interest pursuant to Rule 1.9(a) of the North Carolina Revised Rules of Professional Conduct and Rule 1.9(a) of the New York Rules of Professional Conduct. Accordingly,

IT IS THEREFORE ORDERED that Defendant's motion is hereby GRANTED.

Signed: August 12, 2010

Graham C. Mullen
United States District Judge