IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:07-CV-197-GCM

| | |
|---|---|
| RAUCH INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CHRISTOPHER RADKO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pursuant to the oral order issued at the hearing held on September 7, 2010, the deadlines for Radko's response to Rauch's motion for reconsideration of the disqualification of Joel Robinson and Rauch's response to Radko's motion to amend answer and counterclaims are extended until ten (10) days from the date of the Court's ruling on the motion to enforce settlement.

IT IS ORDERED that both Rauch and Radko will submit their respective reponses within ten (10) days from the date of the Court's ruling on the motion to enforce settlement.

Signed: September 9, 2010

Graham C. Mullen
United States District Judge