FILED
CHARLOTTE, NC

NOV 01 2010

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:07-cv-197

| | |
|---|---|
| RAUCH INDUSTRIES, INC., | ) |
| Plaintiff, | ) |
| v. | ) CONSENT DECREE |
| CHRISTOPHER RADKO, a/k/a CHRISTOPHER RADKOWSKI, a/k/a KRZYSZTOF RADKOWSKI, et al. | ) |
| Defendants. | ) |

The parties have executed a Settlement Agreement with an Effective Date of October 18, 2010. Because of confidentiality provisions, the parties do not wish to file the executed Settlement Agreement with the Court but request that the Court adopt the Settlement Agreement as a Consent Decree such that violation of the Settlement Agreement by any party may be enforced in the same manner as violation of an Order of this Court.

IT IS THEREFORE ORDERED that the Settlement Agreement is adopted by the Court as a Consent Decree such that violation of the Settlement Agreement by any party may be enforced in the same manner as a violation of an Order of this Court.

All other claims and issues in this lawsuit are hereby dismissed with prejudice.

Signed October November 1, 2010

_____
Graham C. Mullen
United States District Judge

CONSENT DECREE - PAGE 1

APPROVED AND ENTRY REQUESTED:

**BRADLEY ARANT BOULT CUMMINGS LLP**

*s/Dana C. Lumsden*
James C. Smith, Esq.
[N.C. Bar No. 8510]
jsmith@babc.com
Dana C. Lumsden
[N.C. Bar No. 32497]
Bank of America Corporate Center
100 North Tryon Street, Suite 2690
Charlotte, NC 28201
(704) 338-6000
(704) 332-8858 - fax

**DORSEY & WHITNEY LLP**
Gregory S. Tamkin (*admission pro hac vice pending*)
Republic Plaza Building
370 17th Street, Suite 4700
Denver, CO 80202-5647
303-629-3400
tamkin.greg@dorsey.com

*Counsel for Plaintiff*
*Rauch Industries, Inc.*

*s/Joseph A. Strubbe*
Joseph A. Strubbe
VEDDER PRICE, P.C.
222 North LaSalle Street
Chicago, IL 60601
(312) 609-7765
(312) 609-5005
jstrubbe@vedderprice.com

*s/Michael G. Wimer*
Michael G. Wimer, NC Bar # 29835
349 Haywood Road
Asheville, NC 28806
(828) 350-9799
(828) 350-9894 (fax)
mwimer@wimerjobe.com

ATTORNEYS FOR RADKO

**CONSENT DECREE - PAGE 2**

*s/Daniel R. Hansen*
Daniel R. Hansen, N.C. Bar No. 25092
John Carey
Pro Hac Vice Counsel
SHUMAKER, LOOP & KENDRICK, LLP
128 South Tryon Street, Suite 1800
Charlotte, North Carolina 28202-5013
(704) 375-0057
(704) 332-1197 (fax)
dhansen.@slk-law.com

ATTORNEYS FOR ARKADIA ARTISANS, LTD.